M. Erik Clark # 188693
Borowitz & Clark, LLP
100 N. Barranca Street, Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644
notices@blclaw.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>JONATHAN EDWARD BROWN-VILLANUEVA,<br><br>        Debtor. | Case No: 2:16-bk-12160-SK<br><br>Adv. No.: 2:16-ap-01238-SK<br><br>Chapter 13<br><br>**ANSWER TO COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT U.S.C. §523(a)(2)(A)** |
| PELTON SMALLS,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN EDWARD BROWN-VILLANUEVA,<br><br>        Defendant. | **Status Conference:**<br>Date:  August 3, 2016<br>Time: 9:00 a.m.<br>Place: Courtroom 1575<br>       United States Bankruptcy<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

JONATHAN EDWARD BROWN-VILLANUEVA ("Defendant") responds to the Complaint to Determine Dischargability of Debt U.S.C. §523(a)(2)(A) ("Complaint") of PELTON SMALLS ("Plaintiff"), by admitting, denying and alleging as follows:

1.    In answering the allegations contained in paragraph 1 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

2.    In answering the allegations contained in paragraph 2 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

3.    In answering the allegations contained in paragraph 3 of the Complaint, the Defendant denies the allegations contained therein.

4.    In answering the allegations contained in paragraph 4 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

5.    In answering the allegations contained in paragraph 5 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

6.    In answering the allegations contained in paragraph 6 of the Complaint, the Defendant admits sufficient information to either admit or deny the allegations contained therein.

7.    In answering the allegations contained in paragraph 7 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

8.    In answering the allegations contained in paragraph 8 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

9.    In answering the allegations contained in paragraph 9 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

10.    In answering the allegations contained in paragraph 10 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

11.    In answering the allegations contained in paragraph 11 of the Complaint, the Defendant denies the allegations contained therein.

12.    In answering the allegations contained in paragraph 12 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

13.    In answering the allegations contained in paragraph 13 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

14.    In answering the allegations contained in paragraph 14 of the Complaint, the Defendants lacks sufficient information to either admit or deny the allegations contained therein.

15.    In answering the allegations contained in paragraph 15 of the Complaint, the Defendant lacks sufficient information to either admit or deny the allegations contained therein.

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

As and for affirmative defenses to each and all of the claims alleged in the Complaint, the Complaint (and each and every claim for relief contained therein) does not state facts sufficient to constitute a claim upon which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Laches)

As and for affirmative defenses to each and all of the claims alleged in the Complaint, they are barred by the doctrine of laches, due to the above-captioned Debtors and/or the Plaintiff's own acts and/or omissions with respect to the subject matter of the Complaint.

**WHEREFORE**, the Defendant prays for judgment as follows:

1.    That the Plaintiff's first and second claims for relief be denied;

2.    That Plaintiff take nothing by its Complaint;

3.    That Defendant be awarded his costs and fees;

4.    For such other and further relief as this Court may deem just and proper.

Dated: July 7, 2016                              Respectfully submitted,

                                                 By:  _____

                                                      M. Erik Clark
                                                      Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

100 N. Barranca Street, Suite 250
West Covina, CA 91791

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _July 7, 2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kathy Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Honorable Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

Jonathan Brown-Villanueva
1559 South Huntington Street
Pomona, CA 91766

Samuel G. Lockhart
Lockhart Law Firm, A.P.C.
41856 Ivy St., Suite 207
Murrieta, CA 92562

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2016 | Yesenia Chicas | /s/ Yesenia Chicas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.