Lockhart Law Firm, A.P.C.
Samuel G. Lockhart [SBN 256152]
41856 Ivy St. Ste. 207
Murrieta, CA 92562
Telephone: (951) 461-8878
Facsimile: (951) 823-5715
slockhart@lock-law.com

Attorney for Plaintiff Pelton Smalls

Law Office of David B. Lally
David Brian Lally [SBN 145872]
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656
Telephone: (949) 500-7409
Facsimile: (949) 861-9520
davidlallylaw@gmail.com

Attorney for Defendant/Debtor
Jonathan Edward Brown-Villanueva

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:16-bk-12160-SK |
| | Chapter 13 |
| JONATHAN EDWARD BROWN-VILLANUEVA, an individual, | Adv. Case No. 2:16-ap-01238-SK |
| Debtor, | **JOINT STIPULATION TO CONTINUE STATUS HEARING** |
| PELTON SMALLS, an individual, | |
| Plaintiff, | |
| vs. | |
| JONATHAN EDWARD BROWN-VILLANUEVA, an individual, | The Hon. Sandra R. Klein |
| Defendant. | DATE: 10/19/16<br>TIME: 9:00 a.m.<br>CTRM.: 1575 |

1.
JOINT STIPULATION TO CONTINUE STATUS HEARING

    **PLEASE TAKE NOTICE** that Plaintiff PELTON SMALLS ("Smalls"), and Defendant/Debtor JONATHAN EDWARD BROWN-VILLANUEVA ("Brown-Villanueva"), by and through their respective counsel, enter this Joint Stipulation to Continue Status Hearing by at least sixty (60) days, from the current date of October 19, 2016 to December 19, 2016, or any day thereafter convenient for the Court.

    There have been no previous requests for hearing continuances. In addition, the Parties are in complete agreement as to the request for the Status Hearing continuance.

Respectfully Submitted,

**LOCKHART LAW FIRM, A.P.C.**

Dated: October 18, 2016    BY: _____
Samuel G. Lockhart
Attorney for Plaintiff Pelton Smalls


**LAW OFFICE OF DAVID B. LALLY**

Dated: October 18, 2016    BY: _____
David B. Lally
Attorney for Defendant/Debtor
Jonathan Edward Brown-Villanueva

2.
JOINT STIPULATION TO CONTINUE STATUS HEARING